AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ST. PAUL CATHEDRAL SCHOOL,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-3021-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of the Defendant and against Plaintiff.

December 5, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson